DEBRA L. PAPAPIETRO *v.* KIMBERLY R.
CHARLES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 127 Conn. App. 901 (AC 32419), is denied.

McLACHLAN and HARPER, Js., did not participate in the consideration of or decision on this petition.

*Debra L. Papapietro,* pro se, in support of the petition.

*Charles D. Ray* and *Rebecca Brenia,* in opposition.

Decided April 13, 2011

STEVEN SZEKERES ET AL. *v.* JOYCE
SZEKERES ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 126 Conn. App. 829 (AC 30337), is denied.

*Virginia C. Foreman,* in support of the petition.

*Zbigniew S. Rozbicki* and *William J. Melley III,* in opposition.

Decided April 20, 2011

STEVEN SZEKERES ET AL. *v.* JOYCE
SZEKERES ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 126 Conn. App. 829 (AC 30338), is denied.

*Virginia C. Foreman,* in support of the petition.

*William J. Melley III,* in opposition.

Decided April 20, 2011

---

STEVEN SZEKERES ET AL. *v.* CHAKER DRIDI ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 126 Conn. App. 829 (AC 30339), is denied.

*Virginia C. Foreman,* in support of the petition.

*Zbigniew S. Rozbicki* and *William J. Melley III,* in opposition.

Decided April 20, 2011

---

PETER F. CORRIVEAU *v.* ANDREA H. CORRIVEAU

The defendant's petition for certification for appeal from the Appellate Court, 126 Conn. App. 231 (AC 30938), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*John Serrano,* in support of the petition.

*Stephen D. Jacobs,* in opposition.

Decided April 20, 2011

---

WALPOLE WOODWORKERS, INC. *v.* SID MANNING

The defendant's petition for certification for appeal from the Appellate Court, 126 Conn. App. 94 (AC 31447), is granted, limited to the following issue: